# EXHIBIT B

Invoices

## Lewis Brisbois Bisgaard & Smith LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number ABC1 | 34804-2 | Otologics<br>SA Neurelec v Otologics | 11/17/14<br>1408020<br>Page 1 |
|---|---|---|---|
| Date | Atty | Description of Services Rendered | Hours |
| 10/02/14 | ABC | Teleconferences with Bedoya and Bedoya and Warfield regarding ownership of claims, asset purchase agreement and discovery from NL parties | .8 |
| 10/03/14 | ABC | Prepare for status call with Westfall | .3 |
| 10/03/14 | ABC | Status call with Westfall to discuss status, Musgrave's email, remand in first case and how that might impact second case | .4 |
| 10/03/14 | CWB | Telephone conference with Clauss and Westfall re status and strategy | .6 |
| 10/08/14 | ABC | Review and analyze Musgrave's email regarding various meet and confer topics, send same to Nina Wang for Cochlear's position | .2 |
| 10/09/14 | ABC | Teleconference with Jose regarding discovery issues | .6 |
| 10/09/14 | ABC | Respond to Musgrave and reach out to Wang regarding Musgrave's issues | .2 |
| 10/09/14 | ABC | Additional teleconference with Jose regarding French witnesses | .1 |
| 10/13/14 | ABC | Review Bankruptcy Order granting relief from stay for Neurelec to defend | .1 |
| 10/13/14 | ABC | Prepare for (.2) an attend (.4) teleconference with Nina Wang regarding documents and Cochlear's involvement | .6 |
| 10/13/14 | ABC | Teleconference with Jose Bedoya regarding conference with Nina Wang and Cochlear's involvement | .3 |
| 10/13/14 | ABC | Analysis and conference with Brophy regarding Cochlear involvement and protective orders, documents and damage proof | .4 |
| 10/15/14 | ABC | Teleconference with Bedoya, Warfield and Westfall regarding status of case and prepare for same | .9 |
| 10/15/14 | ABC | Follow up with Nina Wang regarding Cochlear issues | .1 |
| 10/16/14 | CWB | Review and revise reply on motion to stay, conferences with Clauss and Krumholz re same | 1.0 |
| 10/22/14 | ABC | Draft and revise entry of appearance and communicate with prior counsel regarding same | .2 |
| 10/22/14 | ABC | Draft response to Musgrave questions and analysis of how to handle issues | .5 |
| 10/22/14 | ABC | Trade calls with Nina Wang regarding Cochlear | .1 |
| 10/24/14 | ABC | Review discovery and direct paralegal on objections, communicate with Westfall about docket in defensive litigation | .4 |
| 10/24/14 | ABC | Teleconference with Nina Wang regarding Cochlear issues | .3 |
| 10/24/14 | JAG | Begin drafting responses to Interrogatories and RFPs. | .6 |
| 10/27/14 | ABC | Teleconference with Jose regarding, and review of, discovery requests | .5 |
| 10/28/14 | ABC | Meet with Jose regarding discovery and strategy and conference call with Jose and Dave Warfield regarding potential settlement and related issues | 3.2 |
| 10/28/14 | ABC | Review Powerpoint from October 2010 SMAE conference in advance of discovery | .4 |
| 10/29/14 | ABC | Talk to Jose regarding potential settlement options and analysis of same | .2 |
| 10/29/14 | ABC | Draft Otologics' responses to Neurelec discovery | 1.1 |
| 10/29/14 | ABC | Meet with Westfall and Krumholz regarding strategy | .5 |
| 10/29/14 | ABC | Meetings at Court house to obtain critical documents filed under seal in initial litigation and travel to and from same | .9 |
| 10/29/14 | ABC | Analysis of case and potential defenses and strategies in event of case conversion and conferences with Brophy regarding same | .7 |
| 10/29/14 | CWB | Begin reviewing and draft discovery responses | 2.2 |
| 10/29/14 | CWB | Obtain, review and analyze motion to amend complaint in first case in order to determine trade secret information and supporting documents to respond to current discovery | 1.0 |
| 10/30/14 | ABC | Review community interest agreement | .5 |
| 10/30/14 | ABC | Travel to and from and meet with Palmeri and G&R regarding G&R files for Oto | .4 |
| 10/30/14 | ABC | Work on discovery responses and review file and motion for leave to amend and exhibits in old case to refresh recollection on new case | 2.3 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 34804-2 | Otologics SA Neurelec v Otologics | | 11/17/14 1408020 Page 2 |
|---|---|---|---|---|
| ABC1 | | | | |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 10/30/14 | ABC | Review orders in defensive case regarding stay and analysis of same | .2 |
| 10/30/14 | CWB | Draft objections and responses to discovery requests | 4.0 |
| 10/30/14 | CWB | Review notes, pleadings and documents to prepare for meeting with Brian Conn to go over trade secrets | 1.0 |
| 10/31/14 | ABC | Meet with Nina, Brian and Jose to go over facts and discovery | 3.5 |
| 10/31/14 | ABC | Meet with Jose to go over discovery | 1.0 |
| 10/31/14 | ABC | Travel to and from Boulder to meet with Brian and Nina | 1.2 |
| 10/31/14 | CWB | Meeting with Conn, Bedoya, Wang and Clauss re responses to discovery requests and case strategy and draft and revise responses to document requests | 5.0 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 10/31/14 | Court filing fee Colorado Interactive 10/2014 District Court, Court of Appeals and Supreme Court #2011CV395 | | | 13.50 |
| 10/31/14 | Court filing fee Colorado Interactive 10/2014 Denver County Court Case History Purchase #2008CV10601 | | | 10.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| Andrew B. Clauss | 23.1 | 250.00 | 5,775.00 |
| Christopher W. Brophy | 14.8 | 200.00 | 2,960.00 |
| Jennifer A. Gordon | .6 | 100.00 | 60.00 |
| Total | 38.5 | | 8,795.00 |

|  |  |
|---|---|
| Total Fees | 8,795.00 |
| Total Disbursements | 23.50 |
| Total Current Charges | 8,818.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 34804-2 | Otologics SA Neurelec v Otologics | | 12/10/14 1420950 |
|---|---|---|---|---|
| ABC1 | | | Page | 1 |
| Date | Atty | Description of Services Rendered | | Hours |
| 11/01/14 | ABC | Review documents regarding client lists and financial's sent from Jose, review and revise discovery responses, teleconferences with Jose regarding same | | 2.5 |
| 11/02/14 | ABC | Review Brophy changes to discovery responses, additional revisions to same | | .5 |
| 11/03/14 | ABC | Review response to document requests and discuss same with Brophy | | .7 |
| 11/03/14 | CWB | Draft and revise responses to Defendant's discovery requests | | 4.5 |
| 11/04/14 | ABC | Draft and revise Protective Order, analysis of special terms, send same to N. Wang for review | | 1.6 |
| 11/04/14 | ABC | Teleconference with Bedoya and analysis of compilation and review of documents in Cochlear's possession | | .4 |
| 11/04/14 | ABC | Review settlement emails from Warfield, analysis of same and discuss same with Bedoya | | .4 |
| 11/04/14 | ABC | Teleconference with Warfield and Bedoya regarding settlement offer from Bryan Cave | | .5 |
| 11/04/14 | CWB | Analysis of conflict issues regarding potential global settlement involving some but not all of defendants, conferences with Clauss and Warfield re same, draft and revise proposed confidentiality order, review documents from prior litigation | | 4.4 |
| 11/05/14 | ABC | Teleconference with Bedoya regarding status, review and revise Common Interest Agreement in advance of call with Nina Wang | | .9 |
| 11/05/14 | ABC | Teleconference with Nina Wang regarding common interest agreement | | .6 |
| 11/05/14 | ABC | Teleconference with Jose regarding call with Nina Wang and other issues | | .2 |
| 11/06/14 | ABC | Teleconference with Nina Wang regarding protective order | | .2 |
| 11/07/14 | ABC | Prepare for Court hearing, review file, analysis of issues | | 1.3 |
| 11/07/14 | ABC | Teleconference with Nina Wang regarding hearing and prepare for same | | .3 |
| 11/07/14 | ABC | Review Musgrave status conference filing and analysis | | .1 |
| 11/07/14 | ABC | Finalize Protective Order and send to Musgrave | | .2 |
| 11/07/14 | ABC | Review and analysis of Musgrave changes to protective order and formulate position for court hearing | | .3 |
| 11/07/14 | ABC | Attend court hearing on status of case requested by Neurelec and discussions with Bobbee regarding settlement | | 1.5 |
| 11/07/14 | ABC | Teleconferences with Bedoya regarding status and hearing | | .5 |
| 11/07/14 | CWB | Review pleadings filed by opposing counsel, prepare for and attend status conference with Court | | 3.2 |
| 11/10/14 | ABC | Review and revise protective order agreement, communicate with Brophy regarding same | | .4 |
| 11/10/14 | ABC | Review and analysis of Motion for Relief from stay and communicate with Warfield and Bedoya regarding same | | .2 |
| 11/10/14 | CWB | Review motion for relief from stay and analysis of impact on offensive case | | .7 |
| 11/11/14 | ABC | Teleconference with Bedoya regarding summary of Jose call with Warfield and discovery | | .8 |
| 11/11/14 | ABC | Review and revise Protective Order per court order and related communications with opposing counsel | | .4 |
| 11/11/14 | ABC | Teleconference with Nina Wang and related emails communications regarding common interest and protective order | | .3 |
| 11/11/14 | ABC | Analysis of discovery in bankruptcy case | | .2 |
| 11/11/14 | ABC | Review and redline common interest agreement with Cochlear and analysis of impact on asset purchase agreement | | .7 |
| 11/11/14 | CWB | Research prior litigation documents and draft and revise discovery, review and analyze proposed common interest agreement, conferences with Clauss re same | | 4.9 |
| 11/12/14 | ABC | Per Court's order at hearing, review full docket and label what needs to be kept as filed under seal and send same to Musgrave | | .4 |
| 11/12/14 | JAG | Drafted Complete request for transcript (audio) from Denver district court. | | .3 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

File Number  34804-2   Otologics                   12/10/14
ABC1                   SA Neurelec v Otologics     1420950
                                              Page      2

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/12/14 | JAG | Drafted email to Denver district court regarding hearing transcript. | .1 |
| 11/12/14 | JAG | Letter to follow up on communication with clerk regarding transcript. | .1 |
| 11/13/14 | ABC | Communicate with B. Musgrave and N. Wang regarding PO and options and related analysis of options | .3 |
| 11/13/14 | ABC | Teleconference with Bedoya regarding discovery and various issues related to criminal cases | .3 |
| 11/13/14 | ABC | Analysis of action items, case strategy, relation of criminal issues, etc. and conferences with Brophy and review file regarding same | 1.3 |
| 11/13/14 | CWB | Review and revise protective order and conferences with Clauss and Wang re terms of proposed protective order | 1.5 |
| 11/13/14 | JAG | Drafted letter to Clerk re: permission to obtain hearing recording related to sealed matter. | .2 |
| 11/13/14 | JAG | Letter to follow up with clerk regarding transcript and finalize arrangements for receipt thereof. | .2 |
| 11/14/14 | ABC | Communicate with N. Wang and B. Musgrave regarding PO and agree on same as well as protocol for raising expert issues with court | .4 |
| 11/14/14 | ABC | Draft and revise PO for submission to Court in opposition to Neurelec form PO in event that Musgrave will not agree to expert provisions | .5 |
| 11/14/14 | ABC | Draft discovery for submission to NL | 2.4 |
| 11/14/14 | ABC | Teleconference with Bedoya regarding discovery, privilege and related issues | .5 |
| 11/14/14 | ABC | Teleconference with Bedoya regarding bankruptcy case issues, conferences with Brophy regarding same | .4 |
| 11/14/14 | CWB | Draft and revise discovery topics and telephone conferences with Clauss and Bedoya re same, communications with opposing counsel re protective order, analysis of protective order and document production | 4.1 |
| 11/17/14 | ABC | Teleconference with Bedoya and communications with Nina Wang regarding document review with Brian Conn | .3 |
| 11/18/14 | ABC | Meetings with Bedoya regarding global strategy, discovery, William Demant's purchase of Neurelec, and 30b6 issues for William Demant and related analysis following meeting and research and analysis of Hague issues with Demant vs. Oticon depositions, communications with Nina Wang | 5.7 |
| 11/18/14 | CWB | Meeting with Clauss and Bedoya re discovery and strategy, draft initial discovery | 5.5 |
| 11/18/14 | JAG | Researched corporate identities in anticipation of serving same. | .3 |
| 11/19/14 | ABC | Teleconference with Jose regarding William Demant deposition and finalize Rule 30b6 topic list for submission to Musgrave | .6 |
| 11/19/14 | ABC | Teleconference with Bedoya and Warfield regarding status of Otologics bankruptcy case | .4 |
| 11/19/14 | ABC | Analysis of deadlines and respond to S. Ward email regarding production and send S. Ward 30b6 deposition request for William Demant and communications back and forth regarding same, analysis of William Demant options | .5 |
| 11/19/14 | ABC | Teleconferences with Bedoya regarding William Demant | .3 |
| 11/19/14 | ABC | Teleconference with Nina regarding common interest agreement and discuss same with Bedoya | .3 |
| 11/19/14 | CWB | Draft initial discovery | 2.5 |
| 11/19/14 | CWB | Analysis and communication with opposing counsel re deposing William Demant company | 1.0 |
| 11/20/14 | ABC | Review emails from Krumholz and Bedoya | .1 |
| 11/21/14 | ABC | Various teleconferences with Bedoya regarding Common Interest Agreement, discovery, how to handle cochlear and obtain documents, etc. | .9 |
| 11/21/14 | ABC | Communications with N Wang regarding meetings with Brian Conn, Common interest agreement and follow up | .3 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 34804-2 | Otologics SA Neurelec v Otologics | 12/10/14 1420950 Page 3 |
|---|---|---|---|
| ABC1 | | | |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 11/21/14 | ABC | Teleconference with Brian Conn and Nina Wang regarding document search and prepare for same | .7 |
| 11/24/14 | ABC | Multiple teleconferences with Bedoya regarding status and strategy | .3 |
| 11/24/14 | ABC | Teleconference with Bedoya and Olivia regarding Common Interest Agreement | .8 |
| 11/24/14 | ABC | Analysis surrounding common interest agreement and Cochlear's language stripping away rights from Asset Purchase Agreement | .6 |
| 11/24/14 | ABC | Multiple reviews and revisions to draft Common Interest Agreement | .8 |
| 11/24/14 | ABC | Review of trade secrets document search results, analysis of same and follow up emails to Bedoya and Wang regarding same | .2 |
| 11/24/14 | ABC | Review and comment on Warfield discovery and bedoya comments and suggest changes | .3 |
| 11/24/14 | CWB | Review document list provided by Brian Conn, conferences with Clauss and Bedoya re method of compiling responsive documents | 1.2 |
| 11/25/14 | ABC | Review, revise and send CIA to N Wang for review and comment | .3 |
| 11/25/14 | ABC | Teleconference with Jose regarding William. Demant situation and discovery/Hague convention issues and adequacy of Cochlear documents | .3 |
| 11/25/14 | ABC | Analysis of content of letter to Demant and related issues | .4 |
| 11/25/14 | CWB | Review and revise correspondence to William Demant, research contact information for WD, review and revise discovery topics | 1.5 |
| 11/26/14 | ABC | Draft and revise letter to William Demant and analysis regarding same and approve same with client | .8 |
| 11/26/14 | ABC | Numerous teleconferences with bedoya regarding discovery and Demant | .4 |
| 11/26/14 | CWB | Review, revise and telephone conference with Bedoya and Krumholz re motion to vacate costs award | 1.5 |
| 11/28/14 | ABC | Review draft pleading to set aside in other case | .1 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 11/25/14 | Conference Call Soundpath Conferencing c/o American Teleconferencing Services Conference call of Andrew Clauss on 10/03/2014 | | | 2.97 |
| 11/13/14 | Parking Andrew B Clauss 11/04/2014 Parking for meeting with Jose Bedoya and Brian Conn | | | 2.50 |
| 11/13/14 | Parking Andrew B Clauss 11/04/2014 Parking for meeting with Jose Bedoya and Brian Conn | | | 3.75 |
| 11/13/14 | Reproduction/Copies District Court, Denver County Colorado Reproduction Copies | | | 35.00 |
| 11/14/14 | Reproduction/Copies Christopher W Brophy #31 10/29/2014 Copies of Pleadings from prior Otologics case (2008 CV 010601) to be used in discovery responses in present case. | | | 48.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| Andrew B. Clauss | | 37.6 | 250.00 | 9,400.00 |
| Christopher W. Brophy | | 36.5 | 200.00 | 7,300.00 |
| Jennifer A. Gordon | | 1.2 | 100.00 | 120.00 |
| | Total | 75.3 | | 16,820.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 34804-2 | Otologics | | 1/28/15 |
| ABC1 | | SA Neurelec v Otologics | Page | 1438169  1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/01/14 | ABC | Teleconference with Jose regarding Cochlear documents | .1 |
| 12/01/14 | ABC | Teleconferences with Nina Wang regarding Cochlear | .5 |
| 12/01/14 | ABC | Teleconferences with Bedoya regarding conversation with Nina Wang | .3 |
| 12/03/14 | ABC | Various calls with Jose Bedoya regarding cases issues, discovery and potential settlement | 1.4 |
| 12/03/14 | ABC | Teleconferences with Nina Wang regarding disclosures and CIA agreement and prepare for the same | .6 |
| 12/03/14 | CWB | Telephone conference with Nina Wang and Brian Conn re document search | 1.4 |
| 12/05/14 | CWB | Document review and production, review and respond to correspondence from opposing counsel re trade secrets. | 6.7 |
| 12/08/14 | ABC | Review and analyze technical documents for production and otherwise prepare documents for production and teleconferences with Nina Wang | 5.3 |
| 12/08/14 | ABC | Finalize CIA and communicate with Nina and Bedoya regarding same | .9 |
| 12/08/14 | ABC | Teleconferences with Bedoya regarding documents from Cochlear and sufficiency of same | .7 |
| 12/08/14 | CWB | Review and produce responsive documents from Cochlear, conferences with Cochlear re common interest agreement, review and revise same | 4.1 |
| 12/08/14 | JAG | Prepare and review documents in anticipation of disclosing same. | 3.3 |
| 12/10/14 | ABC | Teleconferences with Jose regarding new order from bankruptcy court and related analysis of settlement options | 1.6 |
| 12/10/14 | ABC | Investigate and review additional documents related to financials and damages and employment records/employee lists | .7 |
| 12/10/14 | ABC | Review affidavit of Martel | .1 |
| 12/10/14 | ABC | Analysis of additional documents necessary to supplement in response to inquiry from opposing counsel and talk to Nina about patent portfolio | .5 |
| 12/10/14 | CWB | Review additional documents for disclosure, begin initial review of neurelec documents, conferences with Clauss and bankruptcy counsel re trial strategy | 2.6 |
| 12/11/14 | ABC | Review and redact financials and employee lists for filing and set deposition dates with Musgrave | 1.6 |
| 12/11/14 | ABC | Teleconference with Bedoya and Warfield regarding status, global settlement options and related issues | .5 |
| 12/11/14 | ABC | Analysis and development of global settlement strategies and options | .6 |
| 12/11/14 | CWB | Review documents produced by Neurelec | 4.0 |
| 12/11/14 | CWB | Attempt to unlock password protected employee files that may be responsive to discovery requests | 1.2 |
| 12/11/14 | JAG | Review additional documents for disclosure and prepare same for disclosure. | .5 |
| 12/12/14 | RJB | Prepared a searchable index of the NEUR365 documents of 65210 pages and native files for use by attorneys in preparing for upcoming depositions and motion work | 1.8 |
| 12/15/14 | ABC | Review redactions for supplemental disclosure and direct service of same | .6 |
| 12/15/14 | CWB | Review financial and employee documents, prepare and serve supplemental disclosures | 3.5 |
| 12/15/14 | JAG | Draft Supplemental Disclosure Certificate for Supplemental Docs. | .4 |
| 12/15/14 | JAG | Finalize disclosures for filing. | .1 |
| 12/16/14 | ABC | Emails with Bobbee Musgrave and Nina Wang regarding conference call and issues surrounding disclosures to experts, related analysis of options and involvement of Cochlear | .4 |
| 12/16/14 | CWB | Review Neurelec trade secret chart and motions re obligation to produce trade secret chart in prior litigation, continue review of Neurelec documents | 1.8 |
| 12/17/14 | ABC | Review documents and begin to prepare trade secret chart, and enlist assistance from Bedoya | .7 |
| 12/17/14 | ABC | Teleconference with Jose regarding status | .3 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 34804-2 | Otologics | | 1/28/15 |
|---|---|---|---|---|
| ABC1 | | SA Neurelec v Otologics | | 1438169 |
| | | | Page | 2 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 12/17/14 | CWB | Review and revise trade secret chart and conferences with Clauss re creating cross-reference chart | .5 |
| 12/18/14 | ABC | Teleconference with Musgrave and Nina Wang and prepare for same regarding disclosures to experts and Sean's issues | .4 |
| 12/18/14 | ABC | Teleconference with Jose regarding status | .1 |
| 12/18/14 | ABC | Review email from Ward and provide dates for status conference with Court | .1 |
| 12/18/14 | CWB | Review and respond to opposing counsel re trade secret identification | .6 |
| 12/23/14 | ABC | Review settlement offer and analysis of the same and alternate options | .3 |
| 12/28/14 | ABC | Teleconference with Jose Bedoya and analysis of potential counteroffer and discovery with Brophy | .5 |
| 12/29/14 | ABC | Analysis of action items and follow up with Jose regarding trade secret chart and settlement and emails to/from Nina, Bobbee and Sean regarding expert meet and confer | .3 |
| 12/29/14 | ABC | Teleconference with Jose regarding settlement | .2 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 12/18/14 | Court filing fee Colorado Interactive 11/2014 District Court, Court of Appeals and Supreme Court #2011CV395 | | | 7.50 |
| 12/18/14 | Court filing fee Colorado Interactive 11/2014 Denver County Court Case History Purchase #2008CV10601 | | | 10.00 |
| 12/12/14 | Conference Call Soundpath Conferencing Conference call of Andrew Clauss on 11/24/2014 | | | 5.68 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| Andrew B. Clauss | 19.3 | 250.00 | 4,825.00 |
| Christopher W. Brophy | 26.4 | 200.00 | 5,280.00 |
| Jennifer A. Gordon | 4.3 | 100.00 | 430.00 |
| Ronald J. Bruyere | 1.8 | 100.00 | 180.00 |
| Total | 51.8 | | 10,715.00 |

|  |  |
|---|---|
| Total Fees | 10,715.00 |
| Total Disbursements | 23.18 |
| Total Current Charges | 10,738.18 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 34804-2 | Otologics | | 2/18/15 |
|---|---|---|---|---|
| ABC1 | | SA Neurelec v Otologics | | 1448225 |
| | | | Page | 1 |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 1/02/15 | ABC | Communicate with opposing counsel regarding discovery issues and status conference | .1 |
| 1/02/15 | ABC | Teleconferences with Bedoya regarding status and trade secret chart and related issues and review and comments to global settlement counter-proposal | .5 |
| 1/02/15 | CWB | Review and revise trade secret chart and supporting documents and communications with opposing counsel regarding discovery dispute | 2.1 |
| 1/05/15 | ABC | Review Musgrave and Wang emails regarding Cochlear | .1 |
| 1/05/15 | ABC | Review file and status and analysis of action items and strategy | .2 |
| 1/06/15 | ABC | Teleconferences with Jose regarding trade secret chart | .3 |
| 1/06/15 | ABC | Conference with Brophy regarding settlement, trade secret chart, discovery and document review and analysis of strategies and prepare for hearing on Jan 8 | .4 |
| 1/06/15 | ABC | Review trade secret chart and compare to documents | 1.3 |
| 1/06/15 | ABC | Plain strategy and case going forward including discovery, experts, depositions, etc. and related analysis | .9 |
| 1/06/15 | ABC | Document review | 1.3 |
| 1/06/15 | CWB | Review and revise trade secret chart and cross-reference document citations | 2.3 |
| 1/06/15 | JAG | Created Trade Secret Chart and Drafted Pleading for filing of same. | 1.0 |
| 1/07/15 | ABC | Review email from Wang regarding experts and email Ward regarding trade secret chart and analysis of hearing issues | .2 |
| 1/07/15 | ABC | Emails with Wang, Musgrave and Ward regarding expert issues, trade secret chart and hearing and related anaylsis | .5 |
| 1/07/15 | ABC | Review and revise trade secret chart and send to Bedoya | .3 |
| 1/07/15 | ABC | Teleconference with Bedoya and related trade secret chart analysis | .3 |
| 1/07/15 | ABC | Prepare for status conference on trade secret chart and prepare examples for the court | 1.1 |
| 1/07/15 | ABC | Emails with Nina and search for information on experts per Nina's requests | .4 |
| 1/07/15 | ABC | Teleconferences with Peter Krumholz and Jose Bedyoa regarding counsel and representation issues for Oto in other litigation and related analysis | .3 |
| 1/07/15 | CWB | Revise and finalize trade secret chart and discussion re need for discovery hearing | 1.1 |
| 1/07/15 | CWB | Review Hale West Fall notice of withdrawal and analysis of strategy related thereto | .7 |
| 1/07/15 | CWB | Initial review and analysis of Neurelec disclosures and arrange to upload to document review system | 3.3 |
| 1/09/15 | ABC | Review documents and analysis of case management | 2.4 |
| 1/09/15 | ABC | Review documents and case analysis | 3.1 |
| 1/09/15 | CWB | Document review | 3.0 |
| 1/10/15 | CWB | Review Neurelec initial disclosure documents | 4.0 |
| 1/11/15 | CWB | Review Neurelec disclosures | 4.0 |
| 1/12/15 | ABC | Teleconference with Jose regarding status | .1 |
| 1/12/15 | ABC | Review notice of withdrawal | .1 |
| 1/12/15 | CWB | Review notice of withdrawal of Sean Ward, conference with Clauss re same, review Plaintiff's disclosure documents | 2.0 |
| 1/13/15 | ABC | Review file and begin planning and drafting written discovery and analysis of discovery plan now that trade secret chart is complete | 2.3 |
| 1/14/15 | ABC | Finish preparing first set of discovery to Defendants, communications with Brophy and Bedoya regarding same, related case analysis and revisions to same | 3.8 |
| 1/14/15 | ABC | Teleconferences with Bedoya regarding settlement and case management | .4 |
| 1/14/15 | ABC | Communicate with Musgrave regarding depositions | .1 |
| 1/14/15 | CWB | Draft and revise discovery to Neurelec and review deposition notice and topic list | 4.4 |
| 1/20/15 | ABC | Teleconferences with Jose Bedoya regarding depositions, settlement and related issues | .4 |

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number ABC1 | 34804-2 | Otologics<br>SA Neurelec v Otologics | 2/18/15<br>1448225<br>Page 2 |
|---|---|---|---|
| Date | Atty | Description of Services Rendered | Hours |
| 1/20/15 | ABC | Communicate with Musgrave regarding depositions | .1 |
| 1/20/15 | ABC | Email Musgrave regarding depositions | .1 |
| 1/20/15 | ABC | Analysis of strategy and impact of Hague convention and conference with Brophy regarding same | .8 |
| 1/20/15 | CWB | Correspondence with Musgrave re deposition scheduling, discuss corp rep topics, review expert information provided by Musgrave | 1.7 |
| 1/20/15 | CWB | Document review of NL initial disclosures | 2.5 |
| 1/21/15 | CWB | Document review of NL initial disclosures | .5 |
| 1/22/15 | ABC | Review documents and case analysis | 2.1 |
| 1/23/15 | CWB | Document review | 3.5 |
| 1/26/15 | ABC | Review sample fee application and investigate confidentiality option for time entries given Bryan Cave's involvement in Bankruptcy proceedings | .4 |
| 1/26/15 | CWB | Research and begin drafting fee application | .8 |
| 1/28/15 | CWB | Document review | 2.0 |
| 1/29/15 | ABC | Prepare for and meet with client regarding history of facts and overall fact strategy in advance of deposition | 3.7 |
| 1/29/15 | CWB | Prepare for and attend client meeting re discovery and trial strategy and avenues of settlement | 2.9 |
| 1/30/15 | ABC | Review documents produced by Neurelec | 4.3 |
| 1/30/15 | ABC | Teleconference with Bedoya regarding witnesses, strategy, audio tape, etc. | .7 |
| 1/30/15 | ABC | Communicate with Brophy regarding Olivier and potential tesimony and audiotape | .3 |
| 1/30/15 | ABC | Teleconference with Nina Wang regarding Olivier and trade messages regarding same | .2 |
| 1/30/15 | ABC | Preparation and analysis for Bedoya deposition as 30b6 witness and creation of topics | 1.4 |
| 1/30/15 | CWB | Review documents and pleadings in preparation for 30b6 deposition | 3.5 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 1/16/15 | Court filing fee Colorado Interactive 12/2014 District Court, Court of Appeals and Supreme Court #2011CV395 | | | 7.50 |
| 1/16/15 | Court filing fee Colorado Interactive 12/2014 Denver County Court Case History Purchase #2008CV10601 | | | 10.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| Andrew B. Clauss | 35.0 | 250.00 | 8,750.00 |
| Christopher W. Brophy | 44.3 | 200.00 | 8,860.00 |
| Jennifer A. Gordon | 1.0 | 100.00 | 100.00 |
| Total | 80.3 | | 17,710.00 |

| | |
|---|---|
| Total Fees | 17,710.00 |
| Total Disbursements | 17.50 |
| Total Current Charges | 17,727.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 34804-2 | Otologics | | 3/13/15 |
| --- | --- | --- | --- | --- |
| ABC1 | | SA Neurelec v Otologics | Page | 1460270  1 |

| Date | Atty | Description of Services Rendered | Hours |
| --- | --- | --- | --- |
| 2/02/15 | ABC | Review email from Musgrave regarding consolidation, teleconference with Jose regarding same, analysis with Brophy regarding same, teleconference with Jose and all counsel regarding same | 1.5 |
| 2/02/15 | ABC | Prepare for Otologics 30b6 deposition, review documents, analysis of preparation topics, etc. | 2.4 |
| 2/02/15 | ABC | Communicate with Musgrave regarding NL depositions and research location issue and analysis regarding same with Brophy | .4 |
| 2/02/15 | ABC | Review documents | .7 |
| 2/02/15 | CWB | Research and analyze consolidation issue raised by NL, confidentiality of documents and designation of production, moving to compel all foreign depositions in Denver and applicability of Hague convention to discovery in light of prior rulings in Colorado | 4.1 |
| 2/03/15 | ABC | Prepare for meeting with bedoya regarding deposition prep | .5 |
| 2/03/15 | ABC | Investigate docket and confidentiality issues and work with Brophy to correct issues | .4 |
| 2/03/15 | ABC | Deposition prep with Bedoya | .1 |
| 2/03/15 | ABC | Meet with Bedoya regarding deposition prep, conferences with Musgrave regarding depositions, analysis of settlement options | 5.0 |
| 2/03/15 | ABC | Review Amended Notice of 30b6 Deposition pleading | .1 |
| 2/03/15 | CWB | Conferences with court regarding designation of Otologics case file as suppressed and not disclosed to public in contradiction of protective order, conferences with Bedoya's counsel re strategy, review and analyze 30-b-6 deposition notice | 1.2 |
| 2/03/15 | CWB | Deposition preparation with Bedoya and Call | 4.5 |
| 2/03/15 | JAG | Review and analyze documents in anticipation of preparing client for deposition. | 1.5 |
| 2/04/15 | ABC | Teleconference with Jose regarding settlement proposal and status and follow up with Brophy on Ivan Call regarding same | .2 |
| 2/04/15 | ABC | Review documents and file in preparation of Bedoya deposition | 3.7 |
| 2/05/15 | ABC | Analysis of potential claims and witnesses and leverage in event settlement negotiations begin depending on outcome of offer on table, multiple teleconferences with Bedoya, conferences with Brophy regarding same | 4.6 |
| 2/05/15 | ABC | Review Order dismissing Krumholz from case and related analysis | .2 |
| 2/05/15 | CWB | Legal analysis and research of impact of release on BK estate and remaining claims based on proposed settlement terms and multiple conferences with Clauss and Bedoya re same | 3.2 |
| 2/06/15 | ABC | Multiple teleconferences with Brophy and Call and Bedoya regarding settlement terms and issues, multiple teleconferences with Bedoya regarding settlement and analysis of value of offensive case | 3.7 |
| 2/06/15 | CWB | Research case law, statutes and prior rulings and appellate opinion in light of proposed settlement and corresponding releases and conferences with Clauss and Call re same | 1.5 |
| 2/09/15 | ABC | Teleconferences with Bedoya, review draft settlement agreement prepared by Warfield, prepare for meeting with Musgrave and identify potential issues for discussion and problem areas | 1.9 |
| 2/09/15 | ABC | Meet with Ivan Call in advance of Musgrave meeting and meet with Musgrave and Call regarding settlement issues and logistics | 1.2 |
| 2/09/15 | ABC | Review initial judgment and other papers provided by I. Call and make substantial revisions to draft agreement based on discussions with client, such documents, and meeting with Call and Musgrave, and additional teleconference with Bedoya, and teleconference with Call regarding redlines | 2.4 |
| 2/09/15 | ABC | Draft cover email to all parties and send draft for review. | .1 |
| 2/09/15 | CWB | Review and comment on initial draft of settlement agreement, conferences with Clauss re same | .7 |
| 2/10/15 | ABC | Communicate with Warfield regarding settlement terms and issues and analysis of issue | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

File Number 34804-2    Otologics    3/13/15
ABC1    SA Neurelec v Otologics    1460270
    Page 2

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| | | raised by Warfield in advance of call | .4 |
| 2/10/15 | CWB | Research case law and statutes regarding settlement terms and release of claims in light of proposed settlement terms | 1.8 |
| 2/10/15 | CWB | Review recording of SAME conference audio in relation to valuation of offensive case | 1.1 |
| 2/11/15 | ABC | Multiple teleconferences with Bedoya and review and revise settlement agreement drafts from Warfield, review comments from all, email communications with team, etc regarding same, address issues raised by Warfield | 1.9 |
| 2/11/15 | ABC | Draft letter to Musgrave regarding confidentiality housekeeping matters and email regarding settlement issues | .2 |
| 2/11/15 | ABC | Review, and analysis related to, Motion to Approve Settlement Agreement drafted by Warfield and teleconference with Bedoya | .2 |
| 2/11/15 | CWB | Research issues relating to confidentiality of pleadings and documents in case marked as suppressed and the corresponding sections of protective order | .8 |
| 2/12/15 | ABC | Meetings with Jose and communications with Warfeild and Ivan Call regarding settlement status, timing problems, and potential solutions and analysis with Brophy regarding same | 1.1 |
| 2/12/15 | CWB | Research case law and statutes relating to release of one joint tortfeasor in conspiracy claim | 2.5 |
| 2/12/15 | CWB | Analysis of proposed settlement terms on Bk estate and litigation against Neurelec in light of proposed releases and pending remand trial | .8 |
| 2/13/15 | ABC | Teleconferences with Jose and Brophy regarding settlement status and related issues, analysis of issues, detailed emails to and from joint counsel team involved in settlement | .7 |
| 2/13/15 | ABC | Additional teleconferences with Jose, Brophy, Ivan, Warfield in various combinatuion regarding status and whether to move to enforce settlement, agree to NL's BK counsel's idea to file motion for approval without key terms, etc., and related analysis | 2.4 |
| 2/13/15 | ABC | Review draft Motion for approval and related analysis | .3 |
| 2/13/15 | CWB | Review and revise proposed settlement agreement and conferences with Clauss and Warfield re same | 1.9 |
| 2/16/15 | ABC | Teleconference with Bedoya regarding status | .1 |
| 2/17/15 | ABC | Teleconference with Bedoya and review status emails regarding Bobbee and draft agreement | .1 |
| 2/18/15 | ABC | Teleconference with Bedoya regarding status of settlement | .1 |
| 2/19/15 | ABC | Review and revise settlement agreement and analysis of potential issues and problems raised by NL's modifications and related legal reseach into contribution issues | 1.4 |
| 2/19/15 | ABC | Additional conference calls with Bedoya, bedoya and Warflied and entire team regarding settlement issues and related analysis | 1.6 |
| 2/19/15 | CWB | Review proposed settlement proposal and comment on same, review pleadings and appellate opinion in defensive case and pleadings in offensive case in relation to dismissal versus release of a subset of claims | 1.4 |
| 2/20/15 | ABC | Review several settlement agreement redlines and comment on same, communicate with the team regarding same, analysis of available options in light of Cullen's conversation with Warfield and teleconferences with Bedoya regarding same | 1.2 |
| 2/20/15 | CWB | Research case law relating to contribution claim by joint and several defendants when no payment has been made or if claim can be assigned | 2.3 |
| 2/23/15 | ABC | Teleconference with bedoya regarding French issues with Otologics French campanies and Neurelec allegations and strategy regarding same | .3 |
| 2/24/15 | ABC | Teleconferences with Bedoya regarding French Oto issues and settlement with NL and review final redlines and communications with co-counsel and conferences with Brophy | .7 |
| 2/24/15 | CWB | Review latest settlement proposal and conferences with Clauss, Call and Warfield re same | .6 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number ABC1 | 34804-2 | Otologics SA Neurelec v Otologics | | | 3/13/15 1460270 Page 3 |
|---|---|---|---|---|---|
| Date | Description of Disbursement | | Units | Rate | Amount |
| 2/17/15 | Court filing fee Colorado Interactive 01/2015 District Court, Court of Appeals and Supreme Court #2011CV395 | | | | 15.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| Andrew B. Clauss | 41.8 | 250.00 | 10,450.00 |
| Christopher W. Brophy | 28.4 | 200.00 | 5,680.00 |
| Jennifer A. Gordon | 1.5 | 100.00 | 150.00 |
| Total | 71.7 | | 16,280.00 |

| | |
|---|---|
| Total Fees | 16,280.00 |
| Total Disbursements | 15.00 |
| Total Current Charges | 16,295.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number | 34804-2 | Otologics<br>SA Neurelec v Otologics | | 4/30/15<br>1482135<br>Page 1 |
|---|---|---|---|---|
| ABC1 | | | | |

| Date | Atty | Description of Services Rendered | Hours |
|---|---|---|---|
| 4/03/15 | ABC | Review email from Musgrave, analysis of same and remaining action items, analysis of how to respond and conference with Brophy, reply to same vi email and voicemail | .8 |
| 4/06/15 | ABC | Teleconference with Jose regarding document destruction and related issues | .3 |
| 4/06/15 | ABC | Review files regarding document deletion and return and draft letter to Musgrave regarding same | .3 |
| 4/07/15 | DRM | Assisted Andy Clauss and Chris Brophy in reviewing and destroying confidential documents. | 1.0 |
| 4/08/15 | ABC | Final revisions to Musgrave letter and circulate to team | .1 |
| 4/08/15 | CWB | Review and destroy documents per settlement agreement | 4.0 |
| 4/09/15 | ABC | Manage deletion and certifications issues and communicate with Bobbee Musgrave about logistics regarding same, follow up with Krumholz, etc | .6 |
| 4/09/15 | CWB | Review and destroy documents per settlement agreement | 6.0 |
| 4/15/15 | ABC | Teleconferences with Bedoya and draft re-certification for Bedoya's signature, communicate with Musgrave and Bedoya regarding Oto data | .5 |
| 4/28/15 | ABC | Assemble information for final fee application, communicate with Warfield re same | .4 |
| 4/28/15 | ABC | Receive and review certification letter from Musgrave | .1 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 4/16/15 | Court filing fee Colorado Interactive 03/2015 District Court, Court of Appeals and Supreme Court #2011CV395 | | | 13.50 |
| 4/24/15 | Conference Call Soundpath Conferencing c/o American Teleconferencing Services Conference call of Andrew Clauss on 02/13/2015 | | | 4.95 |
| 4/24/15 | Conference Call Soundpath Conferencing c/o American Teleconferencing Services Conference call of Andrew Clauss on 02/13/2015 | | | 8.72 |
| 4/24/15 | Conference Call Soundpath Conferencing c/o American Teleconferencing Services Conference call of Andrew Clauss on 02/19/2015 | | | 5.82 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| Andrew B. Clauss | 3.1 | 250.00 | 775.00 |
| Christopher W. Brophy | 10.0 | 200.00 | 2,000.00 |
| Daniel R. Mcintosh | 1.0 | 100.00 | 100.00 |
| Total | 14.1 | | 2,875.00 |

| | |
|---|---|
| Total Fees | 2,875.00 |
| Total Disbursements | 32.99 |
| Total Current Charges | 2,907.99 |

**DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT**

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 4000
633 W. FIFTH STREET
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 250-1800        FEDERAL I.D. NO    95-3720522

| File Number ABC1 | 34804-2 | Otologics<br>SA Neurelec v Otologics | 4/28/15<br>1480610<br>Page 1 |
|---|---|---|---|
| Date | Atty | Description of Services Rendered | Hours |
| 3/02/15 | ABC | Emails with Warfield regarding Gordon & Rees documents, analysis of issue regarding demand for destruction, review draft demand letter | .2 |
| 3/04/15 | ABC | Follow up communications with Warfield and Bedoya regarding settlement status, funding issues, etc. | .2 |
| 3/07/15 | ABC | Teleconferences with Bedoya and Moumane regarding settlement and March 16 trial | .7 |
| 3/07/15 | CWB | Review draft Bk court orders re settlement approval and conferences with Clauss re same | .4 |
| 3/09/15 | ABC | Teleconference with Krumholz regarding Moumane and Badih, analysis, and emails to all regarding same and teleconference with Moumane regarding same | .5 |
| 3/09/15 | ABC | Review and analysis of Gordon & Rees objection to settlement, teleconference with Bedoya, and send comments to Warfield, review draft Bedoya affidavit | .6 |
| 3/09/15 | CWB | Review correspondence from BK counsel and from French defendants re status of settlement, review G&R objection, conferences with Clauss and Call re objection and trial setting | .9 |
| 3/09/15 | CWB | Analysis of G&R objection and response and Bedoya declaration | .8 |
| 3/10/15 | ABC | Communicate with Laurent Badih regarding settlement questions | .1 |
| 3/10/15 | ABC | Communicate with Dave Warfield regarding affidavit background | .1 |
| 3/12/15 | ABC | Review and revise fee application and draft timekeeper summary, expense summary and Project Summary attachment and review local rule | .7 |
| 3/12/15 | CWB | Research and draft fee application and supporting affidavit | 1.8 |
| 3/13/15 | ABC | Additional revisions to fee application and exhibits, compile exhibits and send same to Warfield for review | .5 |
| 3/13/15 | CWB | Review orders approving settlement and review and calendar corresponding deadlines per settlement agreement | .5 |
| 3/16/15 | ABC | Communicate with co-counsel and review settlement agreement | .2 |
| 3/17/15 | CWB | Communications with Clauss and Call re dismissal of actions per settlement agreement and issues regarding pending trial | .3 |
| 3/18/15 | ABC | Review and send Dave Warfield billing records for fee application | .1 |
| 3/18/15 | ABC | Draft and revise letter to Musgrave regarding confidentiality issues and return of documents | .3 |
| 3/19/15 | ABC | Review file for status and analysis of action items per settlement agreement, etc. | .2 |
| 3/20/15 | ABC | Review emails and follow up on status | .2 |
| 3/20/15 | CWB | Conferences with Clauss and Call re dismissal of Bedoya, remaining claims for trial and Otologics position re settlement and dismissal if Musgrave intends on going forward with trial | 1.2 |
| 3/23/15 | CWB | Prepare for and attend trial and review dismissal papers | 1.5 |
| 3/25/15 | ABC | Review Musgrave email and follow up | .2 |
| 3/27/15 | ABC | Review Musgrave's email and follow up | .1 |
| 3/30/15 | ABC | Teleconference with Bedoya regarding status | .2 |
| 3/30/15 | ABC | Review file and analysis to determine what papers need to be filed and other activities now that 1M settlement has been received | .2 |
| 3/30/15 | CWB | Research and draft stipulation of dismissal pending NL dismissal of defensive case | .5 |
| 3/31/15 | ABC | Review Musgrave's stipulation and revise our stipulation to dismiss and send to client for approval | .2 |
| 3/31/15 | ABC | Teleconference with Jose regarding settlement issues | .4 |
| 3/31/15 | ABC | Review dismissal order | .1 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| Andrew B. Clauss | 6.0 | 250.00 | 1,500.00 |
| Christopher W. Brophy | 7.9 | 200.00 | 1,580.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT