# EXHIBIT A

## Invoices

# HALE WESTFALL, LLP

1600 Stout Street
Suite 500
Denver, CO 80202

*Federal ID No.  27-2126761*

720-904-6010

---

**Otologics Appeal**
Jose Bedoya
5445 Airport Blvd.
Boulder, CO  81003

Account No.   312985.001

Statement Date: 03/27/2015
Statement No.          3099
Page No.                 1

RE:  Appeal

### Fees

| Date / Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 02/05/2013 RAW | Follow up regarding obtaining extension. | 375.00 | 0.40 | 150.00 |
| 02/06/2013 PJK | Review bankruptcy section concerning compensation of officers, discuss same with M. Spengler, exchange e-mails with team concerning same. | 275.00 | 0.50 | 137.50 |
| 02/11/2013 RAW | Review record and work on issue identification. | 375.00 | 4.20 | 1,575.00 |
| 02/12/2013 PJK | Draft motion for extension of time; discuss same with R. Westfall and M. Spengler; prepare motion for filing | 275.00 | 1.00 | 275.00 |
| RAW | Review record; conference with J. Bedoya regarding appeal; conference with P. Krumholz regarding need for extension. | 375.00 | 5.40 | 2,025.00 |
| 02/13/2013 PJK | Work on research for opening brief; review bankruptcy financial statement and exchange e-mails with R. Westfall concerning same | 275.00 | 3.70 | 1,017.50 |
| RAW | Follow up on extension; review transcript regarding instructions. | 375.00 | 1.80 | 675.00 |
| 02/14/2013 PJK | Review research memos, Rule 59 briefing, Restatement annotations; Westlaw research on damages cases | 275.00 | 3.80 | 1,045.00 |
| RAW | Review instructions issues. | 375.00 | 1.50 | 562.50 |
| 02/15/2013 PJK | Work on research concerning new trial on damages and potentially applicable Restatement provisions; review response to motion for extension of time; discuss response | | | |

To ensure proper credit, please include account number and statement date on remittance checks.  Thank you.

Otologics Appeal  
Account No.   312985.001  
RE:   Appeal  

Statement Date: 03/27/2015  
Statement No.   3099  
Page No.   2  

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | with R. Westfall; work on reply in support of motion for extension of time | 275.00 | 4.00 | 1,100.00 |
| | RAW | Review instructions issues; conference with P. Krumholz regarding damages research. | 375.00 | 1.40 | 525.00 |
| 02/18/2013 | PJK | Work on research concerning grants of new trial on damages | 275.00 | 4.50 | 1,237.50 |
| 02/19/2013 | PJK | Work on research concerning granting motions for new trial; revise draft of reply in support of motion concerning deadline and prepare same for filing | 275.00 | 4.70 | 1,292.50 |
| | RAW | Review file regarding damages evidence and procedural challenges pre-trial related to same. | 375.00 | 4.80 | 1,800.00 |
| 02/20/2013 | PJK | Work on research to support additional issues on appeal concerning damages; begin reading jury conference transcript | 275.00 | 3.50 | 962.50 |
| | RAW | Review file regarding issue identification. | 375.00 | 3.40 | 1,275.00 |
| 02/21/2013 | PJK | Read jury instruction conference transcript; meeting with R. Westfall concerning thoughts on additional ideas for issues on appeal | 275.00 | 6.90 | 1,897.50 |
| | RAW | Work with B. Lillis regarding preparing index of various aspects of file; review damages evidence and various part of D. Hall's testimony, expert report, etc. | 375.00 | 5.70 | 2,137.50 |
| 02/22/2013 | PJK | Work on analysis of jury instruction conference | 275.00 | 2.00 | 550.00 |
| | RAW | Review transcripts regarding preservation and issue identification. | 375.00 | 1.70 | 637.50 |
| 02/23/2013 | PJK | Finish reading transcript of jury instruction conference | 275.00 | 2.00 | 550.00 |
| 02/24/2013 | PJK | Read and annotate motion to exclude expert | 275.00 | 2.00 | 550.00 |
| 02/25/2013 | PJK | Work on analysis of damages issues to raise in appeal; exchange e-mails with R. Westfall concerning same; review damages cases concerning overlap of damages between breach of contract and intentional interference with contract | 275.00 | 5.00 | 1,375.00 |

Otologics Appeal  
Account No.  312985.001  
RE: Appeal

Statement Date: 03/27/2015  
Statement No.  3099  
Page No.  3

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | RAW | Review transcripts. | 375.00 | 2.30 | 862.50 |
| 02/26/2013 | | | | | |
| | PJK | Review jury instructions concerning any mention of duplication; review jury instruction conference transcript for any mention of duplication; Westlaw research on double recovery of damages; review proposed jury instructions concerning double recovery | 275.00 | 5.00 | 1,375.00 |
| | RAW | Review pleadings and record regarding motions related to damages and preservation issues. | 375.00 | 3.70 | 1,387.50 |
| 02/27/2013 | | | | | |
| | PJK | Work on analysis of issues to include in Opening Brief; meetings with R. Westfall concerning same | 275.00 | 3.40 | 935.00 |
| | RAW | Analyze motions/evidence regarding damages issues. | 375.00 | 3.80 | 1,425.00 |
| 02/28/2013 | | | | | |
| | PJK | Meeting with R. Westfall, M. Spengler to discuss remaining research projects for opening brief; review research findings in preparation for same; work on additional research concerning double recovery | 275.00 | 2.00 | 550.00 |
| | MWS | Meet with P. Krumholz and R. Westfall regarding appeal; review pleadings and relevant case law and prepare notes on same. | 225.00 | 3.60 | 810.00 |
| | RAW | Additional review of record regarding motions and preservation as to damages; follow up on research; participate in planning session with P. Krumholz and M. Spengler. | 375.00 | 4.40 | 1,650.00 |
| 03/01/2013 | | | | | |
| | PJK | Work on research concerning duplicative damages; review research history and draft e-mails to M. Spengler and R. Westfall summarizing same | 275.00 | 5.90 | 1,622.50 |
| | MWS | Review trial court pleadings and prepare notes on same; read all cases from P. Krumholz and prepare notes on same; conduct legal research on standard for new trial on damages. | 225.00 | 3.80 | 855.00 |
| | RAW | Work on legal bases for new trial on damages. | 375.00 | 1.80 | 675.00 |
| 03/02/2013 | | | | | |
| | PJK | Work on research for potential issue on appeal regarding conspiracy claim | 275.00 | 2.50 | 687.50 |
| 03/04/2013 | | | | | |
| | PJK | Work on research concerning civil conspiracy, duplicative damages; meetings with M. Spengler to discuss same | 275.00 | 6.50 | 1,787.50 |

Otologics Appeal  
Account No.  312985.001  
RE:  Appeal

Statement Date: 03/27/2015  
Statement No.  3099  
Page No.  4

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | RAW | Review record and work on outline of tasks; review damages cases; leave instructions for P. Krumholz and M. Spengler. | 375.00 | 2.40 | 900.00 |
| 03/05/2013 | PJK | Phone conference with J. Bedoya concerning review of trial transcript regarding damages issues; research case law concerning damages for conspiracy; meetings with M. Spengler to discuss research; work on organizing cases according to applicability to various issues on appeal | 275.00 | 7.30 | 2,007.50 |
| | MWS | Continue to review pleadings and read case law and prepare notes on same (2.8). | 225.00 | 2.80 | 630.00 |
| 03/06/2013 | PJK | Work on conspiracy research; meetings with M. Spengler to discuss status of research; exchange e-mails with J. Bedoya concerning review of transcript; begin reading and annotating Briand testimony for any indications of damages amounts | 275.00 | 7.20 | 1,980.00 |
| | MWS | Conduct legal research on cases where Defendant awarded new trial on damages and prepare notes on same; search case law for additional cases on issues for appeal; review secondary sources (Restatement, AmJur, Etc). | 225.00 | 6.50 | 1,462.50 |
| 03/07/2013 | PJK | Read and annotate Cedric Briand testimony | 275.00 | 7.80 | 2,145.00 |
| | MWS | Conduct legal research on cases where Defendant awarded new trial on damages and prepare notes on same; search case law for additional cases on issues for appeal; review secondary sources (Restatement, AmJur, Etc). | 225.00 | 1.00 | 225.00 |
| 03/08/2013 | PJK | Finish review of Briand testimony; review notes of Briand testimony and draft e-mail to R. Westfall and M. Spengler concerning same; review case law to be used in opening brief | 275.00 | 7.00 | 1,925.00 |
| | MWS | Conduct legal research on cases where Defendant awarded new trial on damages and prepare notes on same; search case law for additional cases on issues for appeal; review secondary sources (Restatement, AmJur, Etc). | 225.00 | 5.80 | 1,305.00 |
| 03/09/2013 | PJK | Work on research for opening brief | 275.00 | 1.90 | 522.50 |
| 03/10/2013 | PJK | Work on outline of issues on appeal, review research concerning same | 275.00 | 5.00 | 1,375.00 |

| | | | | | |
|---|---|---|---|---|---|
| Otologics Appeal | | | | Statement Date: 03/27/2015 | |
| Account No.  312985.001 | | | | Statement No.  3099 | |
| RE:  Appeal | | | | Page No.  5 | |
| | | | Rate | Hours | |
| 03/11/2013 | | | | | |
| | PJK | Meeting with R. Westfall and M. Spengler to discuss work on opening brief; research case law concerning expert witness exclusion; read motion to exclude expert witness; finish drafting outline of opening brief; read cases concerning imposition of comparative fault | 275.00 | 8.00 | 2,200.00 |
| | MWS | Meeting with R. Westfall and P. krumholz; begin drafting outline of brief section; review transcript and legal research and prepare notes on same. | 225.00 | 7.30 | 1,642.50 |
| | RAW | Analyze trial transcripts and jury instruction conference. | 375.00 | 7.80 | 2,925.00 |
| 03/12/2013 | | | | | |
| | PJK | Work on outline of apportionment argument; phone conference with J. Bedoya concerning review of transcripts; meetings with M. Spengler to discuss appellate issues; read Rule 59 briefing concerning apportionment | 275.00 | 6.80 | 1,870.00 |
| | MWS | Outline and draft brief section, research standard of review read additional transcript sections. | 225.00 | 3.40 | 765.00 |
| | RAW | Additional analysis of transcripts and jury instruction conference; review court record; work on outline of statement of the case. | 375.00 | 6.40 | 2,400.00 |
| 03/13/2013 | | | | | |
| | PJK | Work on draft of opening brief concerning apportionment argument; research cases concerning same; review e-mails from J. Bedoya concerning transcript | 275.00 | 7.90 | 2,172.50 |
| | MWS | Draft appellate brief section; review transcript for additional case citations. | 225.00 | 3.20 | 720.00 |
| | RAW | Work on introduction and statement of the case sections. | 375.00 | 3.70 | 1,387.50 |
| 03/14/2013 | | | | | |
| | PJK | Work on draft of apportionment argument; review rough transcripts to find out which witnesses have been omitted from official transcript | 275.00 | 9.00 | 2,475.00 |
| | MWS | COntinue drafting brief section; conduct additional legal research for same and incorporate into brief. | 225.00 | 7.30 | 1,642.50 |
| | RAW | Work on statement of the case sections. | 375.00 | 5.80 | 2,175.00 |
| 03/15/2013 | | | | | |
| | PJK | Work on draft of section of brief on apportionment; meetings with R. Westfall to discuss missing trial transcript pages; draft motion concerning supplementing of record and prepare same for filing | 275.00 | 5.70 | 1,567.50 |

Otologics Appeal  
Account No.  312985.001  
RE:  Appeal  

Statement Date: 03/27/2015  
Statement No.  3099  
Page No.  6  

| | | | Rate | Hours | |
|---|---|---|---:|---:|---:|
| | MWS | Finalize draft brief section and send to R. Westfall and P. Krumholz. | 225.00 | 7.60 | 1,710.00 |
| | RAW | Analyze record and work on statement of case. | 375.00 | 6.40 | 2,400.00 |
| 03/16/2013 | PJK | Work on draft of apportionment argument for opening brief | 275.00 | 3.00 | 825.00 |
| 03/17/2013 | RAW | Work on damages sections regarding statement of case. | 375.00 | 4.70 | 1,762.50 |
| 03/18/2013 | PJK | Work on draft of apportionment argument; review draft of duplication arguments and make revisions to same; research case law concerning key cases on Colorado's policy of apportionment | 275.00 | 8.20 | 2,255.00 |
| | CMM | Send notice of Writ of Continuing Garnishment to J. Bedoya (.1). | 200.00 | 0.10 | 20.00 |
| | RAW | Analyze record and work on statement of the case. | 375.00 | 9.50 | 3,562.50 |
| 03/19/2013 | PJK | Work on research concerning cases addressing Colorado's pro-apportionment policy; draft section of brief addressing conspiracy finding; assemble sections of draft into complete first draft and revise same | 275.00 | 8.70 | 2,392.50 |
| | RAW | Work on brief. | 375.00 | 8.50 | 3,187.50 |
| 03/20/2013 | PJK | Meetings with R. Westfall to go over current draft of brief; make revisions to draft of brief; further Westlaw research on preservation question relating to inconsistent jury verdicts; work on record cites for brief | 275.00 | 7.50 | 2,062.50 |
| | RAW | Work on brief. | 375.00 | 9.80 | 3,675.00 |
| 03/21/2013 | PJK | Work on revisions to draft of Opening Brief; meetings with R. Westfall concerning same | 275.00 | 12.10 | 3,327.50 |
| | RAW | Work on brief. | 375.00 | 8.80 | 3,300.00 |
| 03/22/2013 | PJK | Work on revisions to opening brief; incorporate additional revisions received from R. Westfall; finalize accompanying tables; meetings with R. Westfall to discuss status of brief; proofread and finalize draft of brief. | 275.00 | 6.00 | 1,650.00 |
| | RAW | Work on finalizing brief. | 375.00 | 3.50 | 1,312.50 |

Otologics Appeal  
Account No.  312985.001  
RE:  Appeal  

Statement Date: 03/27/2015  
Statement No.    3099  
Page No.    7  

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/23/2013 | MWS | Read filed opening brief and prepare notes on same. | 225.00 | 0.50 | 112.50 |
| 03/26/2013 | PJK | Review e-mails from R. Westfall and M. Spengler concerning question about missing transcript pages; work on draft of e-mail concerning same; review NL's response to motion concerning amendment of opening brief | 275.00 | 1.00 | 275.00 |
| 04/15/2013 | PJK | Review motion filed by Neurelec and exchange e-mails with R. Westfall and M. Spengler concerning same; exchange e-mails with counsel for Neurelec concerning motion | 275.00 | 0.40 | 110.00 |
| 04/17/2013 | PJK | Phone conference with J. Bedoya concerning question about substitution of parties; research appellate rules concerning same and exchange e-mails with J. Bedoya concerning same | 275.00 | 0.50 | 137.50 |
|  | CMM | Review operating report and follow up with B. Vaile regarding garnishment (.4). | 200.00 | 0.40 | 80.00 |
| 05/17/2013 | PJK | Phone conference with J. Bedoya (.2); send follow-up e-mail concerning Neurelec response brief (.2) | 275.00 | 0.40 | 110.00 |
| 05/20/2013 | PJK | Begin reading response brief; meeting with R. Westfall to discuss same | 275.00 | 1.70 | 467.50 |
|  | RAW | Initial review of Answer Brief. | 375.00 | 1.10 | 412.50 |
|  | MWS | Review Answer brief and prepare notes on same (1.2). | 225.00 | 1.20 | 270.00 |
| 05/21/2013 | PJK | Read response brief filed by Neurelec | 275.00 | 3.00 | 825.00 |
|  | RAW | Additional review of answer brief and follow up with P. Krumholz regarding same. | 375.00 | 1.20 | 450.00 |
| 05/22/2013 | RAW | Review notes and conferences with P. Krumholz and J. Bedoya regarding Answer Brief and strategy for reply. | 375.00 | 0.80 | 300.00 |
|  | PJK | Meeting with R. Westfall to discuss strategy for formulating reply in support of opening brief | 275.00 | 0.90 | 247.50 |
| 05/29/2013 | PJK | Meeting with R. Westfall regarding responses to Neurelec's arguments about record on appeal | 275.00 | 0.50 | 137.50 |

Case 12-47045    Doc 221-1    Filed 05/01/15    Entered 05/01/15 13:41:27    Exhibit A-Invoices    Pg 8 of 13

| | | | Statement Date: 03/27/2015 |
|---|---|---|---|
| Otologics Appeal | | | |
| Account No. 312985.001 | | | Statement No. 3099 |
| RE: Appeal | | | Page No. 8 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | RAW | Review briefs and work on motion for extension of time to address record issue. | 375.00 | 2.80 | 1,050.00 |
| 05/30/2013 | PJK | Work on draft of motion concerning trial transcript; prepare same for filing; meetings with R. Westfall concerning same | 275.00 | 2.60 | 715.00 |
| 05/31/2013 | CMM | Follow up with Court and court reporter regarding transcript; meet with P. Krumholz and R. Westfall regarding same (.9). | 200.00 | 0.90 | 180.00 |
| 06/05/2013 | PJK | Read Neurelec response to motion concerning applicable deadline and discuss same with R. Westfall | 275.00 | 1.20 | 330.00 |
| 06/06/2013 | PJK | Work on draft of reply in support of motion for extension and prepare same for filing | 275.00 | 1.20 | 330.00 |
| | RAW | Follow up regarding record and outline issues for reply brief on merits; draft reply brief regarding support of motion for extension. | 375.00 | 1.20 | 450.00 |
| 06/07/2013 | PJK | Meeting with R. Westfall to go over Otologics response brief and discuss points to be made in reply | 275.00 | 0.50 | 137.50 |
| | CMM | Finalize and file motion for extension of time (.3). | 200.00 | 0.30 | 60.00 |
| | RAW | Work on reply. | 375.00 | 1.80 | 675.00 |
| 06/08/2013 | RAW | Outline points for reply and work on apportionment arguments for reply. | 375.00 | 4.50 | 1,687.50 |
| 06/09/2013 | RAW | Additional work on apportionment arguments. | 375.00 | 0.80 | 300.00 |
| 06/10/2013 | PJK | Meeting with R. Westfall to discuss draft of reply brief; meeting with clerk's office concerning status of motion | 275.00 | 0.70 | 192.50 |
| | CMM | Telephone conferences with court reporter regarding questions pertaining to transcript (.4). | 200.00 | 0.40 | 80.00 |
| | RAW | Work on reply outline and follow up regarding extension and record issues. | 375.00 | 1.80 | 675.00 |
| 06/11/2013 | MWS | Assist in preparation of reply brief and motion to complete record and request for oral argument. | 225.00 | 7.50 | 1,687.50 |

Otologics Appeal  
Account No.   312985.001  
RE:  Appeal

Statement Date: 03/27/2015  
Statement No.   3099  
Page No.   9

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | PJK | Work on draft of reply brief; Westlaw research to support arguments; review and revise draft of reply brief; prepare reply brief for filing; review and revise draft of motion to supplement; read cases cited in response brief; meetings with R. Westfall and M. Spengler to discuss status of draft | 275.00 | 12.50 | 3,437.50 |
| | CMM | Telephone conferences with court reporter regarding delay in transcript (.5). | 200.00 | 0.50 | 100.00 |
| | RAW | Review order regarding denial of extension; work with P. Krumholz and M. Spengler regarding fleshing out outline, drafting, finalizing and filing reply brief. | 375.00 | 13.40 | 5,025.00 |
| 06/12/2013 | RAW | Follow up regarding filing. | 375.00 | 0.60 | 225.00 |
| 06/19/2013 | RAW | Follow up regarding completing record. | 375.00 | 0.50 | 187.50 |
| 06/20/2013 | PJK | Draft notice of completion of record and discuss same with R. Westfall | 275.00 | 0.60 | 165.00 |
| 06/21/2013 | PJK | Review and revise draft of notice concerning completion of record; discuss same with R. Westfall; prepare notice for filing | 275.00 | 0.70 | 192.50 |
| | RAW | Visit court and meet with appellate clerk regarding record; follow up regarding same, including filing notice with Court of Appeals regarding motion to supplement record. | 375.00 | 1.70 | 637.50 |
| 06/28/2013 | PJK | Draft notice to Denver District Court concerning Court of Appeals grant of motion to complete record (.4); discuss same with R. Westfall (.1); phone call to Denver Clerk's office concerning court of appeals order granting motion to complete record (.1) | 275.00 | 0.60 | 165.00 |
| | RAW | Follow up regarding Court of Appeals order regarding record. | 375.00 | 0.40 | 150.00 |
| 08/02/2013 | PJK | Review correspondence from Neurelec counsel concerning garnishment (.2) | 275.00 | 0.20 | 55.00 |
| | RAW | Follow up on record issues. | 375.00 | 0.50 | 187.50 |
| 09/12/2013 | PJK | Review letter from Neurelec counsel; review record on appeal to check assertions in letter; case law and treatise research concerning appellee's burden to ensure | | | |

Otologics Appeal  
Account No.   312985.001  
RE:  Appeal  

Statement Date: 03/27/2015  
Statement No.   3099  
Page No.   10  

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | transmission of items identified in cross-designation | 275.00 | 4.20 | 1,155.00 |
| 09/13/2013 | PJK | Review previous merits briefing and related pleadings concerning record on appeal and Neurelec's assertions concerning same; work on draft of letter responding to assertions in S. Ward's letter; review case law to determine whether to include citations in letter; additional Westlaw research concerning same | 275.00 | 3.50 | 962.50 |
| 09/17/2013 | RAW | Begin preparation for oral argument. | 375.00 | 1.50 | 562.50 |
| 09/18/2013 | PJK | Meeting with client, R. Westfall, C. Brophy and A. Clauss concerning upcoming oral argument | 275.00 | 1.70 | 467.50 |
|  | RAW | Work on oral argument preparation; meet with J. Bedoya and others regarding same. | 375.00 | 4.40 | 1,650.00 |
| 09/19/2013 | RAW | Work on oral argument preparation. | 375.00 | 2.40 | 900.00 |
| 09/20/2013 | PJK | Prepare for moot court (1.9); attend moot court to help R. Westfall prepare (1.2); review record concerning question of record cites for $400 million point of evidence and discuss same with R. Westfall (.4); draft follow-up e-mail to R. Westfall concerning same (.2) | 275.00 | 3.70 | 1,017.50 |
|  | RAW | Work on oral argument preparation and participate in moot court. | 375.00 | 5.80 | 2,175.00 |
| 09/21/2013 | PJK | Exchange e-mails with R. Westfall concerning identifying cases needed for oral argument preparation (.3); review merits briefs to identify cases needed for preparation (2.4); retrieve identified cases from Westlaw (.4) | 275.00 | 3.10 | 852.50 |
| 09/22/2013 | RAW | Work on oral argument preparation. | 375.00 | 7.40 | 2,775.00 |
| 09/23/2013 | PJK | Attend oral argument moot court; work on finding sections of record on appeal to rebut claim by appellee that record is missing items; work on draft of response to "notice" of missing items; prepare and finalize response for filing | 275.00 | 4.10 | 1,127.50 |
|  | RAW | Prepare new outline; participate in moot court; work on argument preparation. | 375.00 | 10.50 | 3,937.50 |

Otologics Appeal  
Account No.  312985.001  
RE:  Appeal  

Statement Date: 03/27/2015  
Statement No.  3099  
Page No.  11  

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/24/2013 | PJK | Meeting with J. Bedoya prior to oral argument; attend oral argument; meeting with R. Westfall, J. Bedoya, C. Brophy to discuss same | 275.00 | 2.20 | 605.00 |
|  | RAW | Finish preparation for and participate in oral argument; follow up regarding same. | 375.00 | 3.50 | 1,312.50 |
| 10/31/2013 | RAW | Review opinion and follow up regarding same. | 375.00 | 0.80 | 300.00 |
| 11/01/2013 | PJK | Meeting with R. Westfall concerning court of appeals decision (.3) | 275.00 | 0.30 | 82.50 |
| 11/04/2013 | RAW | Follow up on decision and next steps. | 375.00 | 0.80 | 300.00 |
|  |  | For Current Services Rendered |  | 497.90 | 153,032.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Richard A. Westfall | Senior Partner | 193.80 | $375.00 | $72,675.00 |
| Peter J. Krumholz | Partner | 240.00 | 275.00 | 66,000.00 |
| Matthew W. Spengler | Associate | 61.50 | 225.00 | 13,837.50 |
| Christopher M. McNicholas | Partner | 2.60 | 200.00 | 520.00 |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 01/29/2013 | Pacer Federal Court access fees. | 50.10 |
| 01/31/2013 | Court filing fees, January 2013. | 12.36 |
| 02/28/2013 | Legal Research Charges, February 2013. | 1,217.89 |
| 03/04/2013 | Court filing fees, February 2013. | 24.72 |
| 03/31/2013 | Client Filing Fees March 2013. | 24.72 |
| 03/31/2013 | Legal Research, March 2013. | 1,148.15 |
| 06/18/2013 | Cost of Transcript for Otologics' Record on Appeal. | 835.60 |
| 06/18/2013 | Courier check to court reporter for delivery of record on appeal to court clerk. | 22.58 |
| 09/20/2013 | Conference call charge. | 10.16 |
| 09/23/2013 | Conference call charges. | 20.10 |
| 09/30/2013 | ICCES Filing Fees. | 12.00 |
| 11/30/2013 | Pacer U.S. Court document retrieval fees. | 32.00 |
| 11/30/2013 | Westlaw legal research charges, November 2013. | 20.37 |
| 12/05/2013 | ICCES filing fees, November 2013. | 231.00 |
|  | Total Advances | 3,661.75 |
|  | Total Current Work | 156,694.25 |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 02/14/2013 | Payment by Otologics, LLC by wire transfer. | -80,000.00 |

Otologics Appeal  
Account No.  312985.001  
RE:  Appeal

Statement Date: 03/27/2015  
Statement No.    3099  
Page No.    12

    Balance Due    $76,694.25