# EXHIBIT A

## Invoices

Roberts & Olivia, LLC
2060 Broadway, Suite 250
Boulder, CO 80302

Invoice submitted to:
Otologics, LLC
Attention: Jose H. Bedoya, Chief Executive Officer
5445 Airport Boulevard
Boulder, CO 80301
bedoyaj@otologics.com

vaileb@otologics.com

August 01, 2013

Invoice #1019

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/2013 | KMO | Review<br>Review draft of CMA Waiver Letter; phone conference with J. Bedoya regarding same | 0.50<br>375.00/hr | 187.50 |
|  | For professional services rendered |  | 0.50 | $187.50 |
|  | Previous balance |  |  | $637.50 |
|  | Total payments |  |  | ($75.00) |
|  | Balance due |  |  | $750.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 187.50 | 131.25 | 262.50 | 0.00 | 168.75 |

Roberts & Olivia, LLC
2060 Broadway, Suite 250
Boulder, CO 80302

Invoice submitted to:
Otologics, LLC
Attention: Jose H. Bedoya, Chief Executive Officer
5445 Airport Boulevard
Boulder, CO 80301
bedoyaj@otologics.com

vaileb@otologics.com

July 01, 2013

Invoice #998

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2013 | KMO | Phone call from client<br>Review changes to Waiver Letter with Cochlear; phone conference with J. Bedoya regarding same | 0.25<br>375.00/hr | 93.75 |
|  | For professional services rendered |  | 0.25 | $93.75 |
|  | Previous balance |  |  | $993.75 |
|  | Total payments |  |  | ($450.00) |
|  | Balance due |  |  | $637.50 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 206.25 | 262.50 | 0.00 | 0.00 | 168.75 |

Roberts & Olivia, LLC
2060 Broadway, Suite 250
Boulder, CO 80302

Invoice submitted to:
Otologics, LLC
Attention: Jose H. Bedoya, Chief Executive Officer
5445 Airport Boulevard
Boulder, CO 80301
bedoyaj@otologics.com

vaileb@otologics.com

June 03, 2013

Invoice #975

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2013 KMO | Review<br>Review revisions to Waiver Letter for Contract Manufacturing Agreement | 0.25<br>375.00/hr | 93.75 |
| 5/3/2013 KMO | Phone call from client<br>Phone conference with J. Bedoya regarding Contract Manufacturing Agreement Waiver; draft response to J. Marcil regarding same | 0.50<br>375.00/hr | 187.50 |
| 5/9/2013 KMO | Phone call from client<br>Phone conference with J. Bedoya regarding finalizing Contract Manufacturing Agreement; phone conference with P. Ramos regarding insurance matters; draft correspondence regarding same | 0.50<br>375.00/hr | 187.50 |
| 5/10/2013 KMO | Phone call from client<br>Phone conference with D. Warfield regarding court approval of Waiver letter; draft correspondence regarding same | 0.25<br>375.00/hr | 93.75 |
| | For professional services rendered | 1.50 | $562.50 |
| | Previous balance | | $1,481.25 |
| | Total payments | | ($1,050.00) |
| | Balance due | | $993.75 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 825.00 | 0.00 | 0.00 | 0.00 | 168.75 |

Roberts & Olivia, LLC
2060 Broadway, Suite 250
Boulder, CO 80302

Invoice submitted to:
Otologics, LLC
Attention: Jose H. Bedoya, Chief Executive Officer
5445 Airport Boulevard
Boulder, CO 80301
bedoyaj@otologics.com

vaileb@otologics.com

May 02, 2013

Invoice #951

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2013 | KMO | Conference with client<br>Conference with J. Bedoya regarding modifications to Contract Manufacturing Agreement | 0.75<br>375.00/hr | 281.25 |
| 4/19/2013 | KMO | Conference with client<br>Conference with J. Bedoya regarding modifications to Contract Manufacturing Agreement | 0.25<br>375.00/hr | 93.75 |
| 4/23/2013 | KMO | review and revise documents<br>Review and revise Waiver Letter for Contract Manufacturing Agreement | 0.75<br>375.00/hr | 281.25 |
| 4/24/2013 | KMO | Phone call from client<br>Phone conference with J. Bedoya regarding Waiver Letter for Contract Manufacturing Agreement; revise same | 0.75<br>375.00/hr | 281.25 |
| 4/30/2013 | KMO | Phone call from client<br>Phone conferences with J. Bedoya and P. Ramos regarding insurance requirements for Contract Manufacturing Agreement and related matters | 1.00<br>375.00/hr | 375.00 |

|  | | |
|---|---|---|
| For professional services rendered | 3.50 | $1,312.50 |
| Previous balance | | $5,212.50 |
| Total payments | | ($5,043.75) |
| Balance due | | $1,481.25 |

Otologics, LLC

Page    2

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 1,312.50 | 0.00 | 0.00 | 0.00 | 168.75 |

Roberts & Olivia, LLC
2060 Broadway, Suite 250
Boulder, CO 80302

Invoice submitted to:
Otologics, LLC
Attention: Jose H. Bedoya, Chief Executive Officer
5445 Airport Boulevard
Boulder, CO 80301
bedoyaj@otologics.com

vaileb@otologics.com

December 03, 2012

Invoice #801

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2012 | KMO | Conference with client<br>Review and revise Transition Services Agreement and Contract Manufacturing Agreement; conference with J. Bedoya regarding same | 1.25<br>375.00/hr | 468.75 |
| 11/18/2012 | KMO | review and revise documents<br>Review and revise Motion to Approve Contract Manufacturing Agreement | 0.50<br>375.00/hr | 187.50 |
| 11/21/2012 | KMO | Phone call from client<br>Phone conference with D. Warfield and J. Bedoya regarding status of contracts with Cochlear; phone conference with J. Bedoya regarding same | 0.50<br>375.00/hr | 187.50 |
| | | For professional services rendered | 2.25 | $843.75 |
| | | Previous balance | | $18,699.75 |
| | | Total payments | | ($14,331.00) |
| | | Balance due | | $5,212.50 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 843.75 | 3,543.75 | 0.00 | 581.25 | 243.75 |